NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITECH INFORMATION SYSTEMS, INC.,**

*Plaintiff-Appellant,*

**v.**

**BMW AUTO LEASING, LLC, AND BMW FINANCIAL SERVICES NA, LLC,**

*Defendants-Appellees.*

---

2012-1414

---

Appeal from the United States District Court for the Middle District of Florida in No. 10-CV-1373, Judge John Antoon, II.

---

**JUDGMENT**

---

NORMAN H. ZIVIN, Cooper & Dunham LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief was HINDY DYM.

JOSEPH P. LAVELLE, DLA Piper LLP (US), of Washington, DC, argued for defendants-appellees. Of counsel was ANDREW N. STEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MOORE, *Circuit Judge* and BENSON. *District Judge.*[*]

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 10, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

---

[*] Honorable Dee V. Benson, District Judge, United States District of Utah, sitting by designation.